UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WAYNE P. WILSON,**<br>    Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-026** |
| **KEITH COOLEY, ET AL,**<br>    Defendants | **SECTION "E" (5)** |

### ORDER

The magistrate judge entered a Report and Recommendation on January 26, 2016, recommending dismissal with prejudice of Petitioner Wayne P. Cooley's petition for *habeas corpus* relief.[1] Cooley timely objected.[2] The Court, having considered the petition, the record, the applicable law, the Report and Recommendations of the United States Magistrate Judge, and Cooley's objections to the Report and Recommendations, hereby approves the Report and Recommendations of the magistrate judge and adopts it as its opinion in this matter.

Accordingly;

**IT IS ORDERED** that the petition of Wayne P. Cooley for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 27th day of June, 2016.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 24.
[2] R. Doc. 25.